**E-filed 7/27/06**

```
C06-00011
PHYLLIS A. MATYI, ESQ. CSB 113211
P.O. BOX 426
LARKSPUR, CA 94977
(415) 924-3822
FAX (415) 927-0363
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE A. BUTTS, ) | Case No.: No. 12-3-456789-1 |
| ) | |
| Plaintiff, ) | PLAINTIFF'S STIPULATION FOR EXTENSION |
| ) | OF TIME FOR SUMMARY JUDGMENT AND |
| vs. ) | POINTS AND AUTHORITIES |
| ) | |
| JO ANNE B. BARNHART, Commissioner of ) | |
| ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant ) | |

PLAINTIFF JOYCE A. BUTTS is requesting a sixty day extension until September 21, 2006 to file her Motion for Summary Judgment. This extension is based on Plaintiff's attorneys inability to prepare this Motion properly due to her mother's death which has caused her to be out of state.

Date: 7/15/06                             _____-S-_____
                                          PHYLLIS A. MATYI
                                          Plaintiff's Attorney

Date: 7/17/06                             _____-S-_____
                                          SARA WINSLOW
                                          Assistant U.S. Attorney

So Ordered.

Date:   7/27/06                           _____[signature]_____
                                          JEREMEY FOGEL
                                          U.S. District Judge

Summary of Pleading - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Summary of Pleading - 2