**E-Filed 09/30/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOYCE A. BUTTS,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner,<br>Social Security Administration,<br><br>          Defendant. | Case Number C 06-00011 JF<br><br>JUDGMENT |

    The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff and that the Clerk of the Court close the file.

DATED: September 30, 2007

                                            _____
                                            JEREMY FOGEL
                                            United States District Judge

---

[1] Michael J. Astrue became Commissioner of the Social Security Administration on February 1, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is hereby substituted for Jo Anne B. Barnhart as the defendant in this matter.

Case No. C 06-00011 JF
JUDGMENT_____
(JFLC3)

1   This Order has been served upon the following persons:

2   Phyllis A. Mayi
    P.O. Box 426
3   Larkspur, CA   94977

4

    Scott N. Schools
5   United States Attorney
    450 Golden Gate Ave., Box 36055
6   San Francisco, CA   94102

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 06-00011 JF
JUDGMENT_____
(JFLC3)